IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
10/30/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

SONIA SAINNELUS,

Petitioner,

v.

MISTY MACKEY, Warden,
Midwest Regional Reception Center; and
SAMUEL OLSON, Field Office Director, ICE,

Respondents.

Case No. 26-3414-JWL

## ORDER TO SHOW CAUSE

Petitioner, acting through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which she challenges her detention by immigration officials. The Court concludes that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **November 10, 2026**, why the writ should not be granted; and that petitioner is granted until **November 17, 2026**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 30th day of October, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge